UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:

Olivia Brown

Debtor(s)

Case No.: 08 B 02694

Chapter: 13

Judge John H. Squires

## NOTICE OF POST PETITION OBLIGATIONS DUE

**TO:** Glenn B. Stearns, Chapter 13 Trustee, 4343 Commerce Court, Suite 120, Lisle, IL 60532
Olivia Brown, Debtor(s), 4765 Lake Trail Drive #1-B, Lisle, IL 60532
Debra J. Vorhies Levine, Attorney for Debtor(s), 53 W. Jackson Boulevard Suite 909, Chicago, IL 60604

You are hereby notified that LITTON LOAN SERVICING, LP has obtained relief from the automatic stay on 7/18/2008, effective 7/28/2008. At this time, Debtor remains contractually due for April,2008 and is delinquent $10,214.25 which includes the following amounts: Mortgage payments 4/1/2008 – 6/1/2008 at $1,874.96 each, 7/1/2008 – 8/1/2008 at $1,698.90 each, Late fees 7/16/2008 – 8/16/2008 at $101.93 each, Bankruptcy attorney fees in the amount of $1,100.00, Bankruptcy servicing costs in the amount of $64.50, Inspections fees totaling $19.75 and a Suspense balance of $196.54.

Pursuant to the terms of the confirmed plan, if no challenge to these advances is made by motion filed with the court and served on the undersigned and the trustee within thirty days of this notice or by 09/24/2008, LITTON LOAN SERVICING, LP's rights to collect these amounts will remain unaffected.

## PROOF OF SERVICE

The undersigned, an attorney, hereby certifies that I have served a copy of this Notice upon the parties listed above, by causing same to be mailed in a properly addressed envelope, postage prepaid, from 7140 Monroe Street, Willowbrook, IL 60527, before the hour of 5:00 PM on August 25, 2008.

/s/ Gloria Tsotsos
Attorney for Creditor

Berton J. Maley ARDC#6209399
Gloria C. Tsotsos ARDC# 6274279
Jose G. Moreno ARDC#6229900
Rachael A. Stokas ARDC#6276349
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
**Codilis & Associates, P.C.**
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
**C&A FILE (14-08-17745)**

NOTE: Pursuant to the Fair Debt Collection Practices Act you are advised that this law firm is deemed to be a debt collector attempting to collect a debt and any information obtained will be used for that purpose.